# UNITED STATES DISTRICT COURT
Eastern District of California



FILED
DEC - 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

DARREL L. ESPINOSA

           Plaintiff,

    v.

WHITEPAGES, INC., et al.
           Defendant.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

2:14 - CV - 2829 MCE EFB PS

I, DARREL L. ESPINOSA, declare that I am the (check appropriate box)
  **X** petitioner/plaintiff/movant             __ other

in the above-entitled proceeding: that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?     __ Yes     **X** No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.   Are you currently employed?     __ Yes     **X** No

    a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    2012 $753.00 John Hartford who has moved and unknown location doing legal research.

3.   In the past 12 twelve months have you received any money from any of the following sources?

    a.   Business, profession or other self-employment     __ Yes     **X** No
    b.   Rent payments, interest or dividends     __ Yes     **X** No
    c.   Pensions, annuities or life insurance payments     __ Yes     **X** No
    d.   Disability or workers compensation payments     __ Yes     **X** No
    e.   Gifts or inheritances     __ Yes     **X** No
    f.   Any other sources     __ Yes     **X** No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   __ Yes   **x** No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   __ Yes   __ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Loans from Paul Schlenvogt waiting for payment of licensing fees complained herein.

   No contribution.

I declare under penalty of perjury that the above information is true and correct.

_December 3, 2014_
Date

*Darrel L. Espinosa*
Signature of Applicant

NOTICE TO PRISONER: A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.