Venkat Balasubramani (SBN 189192)
Sean M. McChesney (admitted *pro hac vice*)
FOCAL PLLC
800 Fifth Ave., Suite 4100
Seattle, WA 98104
Phone: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com
sean@focallaw.com

Attorneys for Defendant
WHITEPAGES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. ESPINOSA, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>WHITEPAGES, INC., a Delaware corporation; and PARTIES UNKNOWN, inclusively,<br><br>             Defendants. | Case No. 14:2 CV 2829 MCE EFB PS<br><br>**WHITEPAGES, INC.'S NOTICE TO RESCHEDULE MOTION HEARING**<br><br>Date:         March 18, 2015<br>Time:        10:00 a.m.<br>Courtroom: 8, 13th Floor<br>Judge:       Edmund F. Brennan |

**NOTICE TO RESCHEDULE MOTION HEARING**

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

1.     On February 9, 2015, Defendant Whitepages, Inc. filed its Notice of Motion and Motion to Dismiss Complaint, Memorandum of Points and Authorities in Support of Motion to Dismiss Complaint, Request for Judicial Notice, Declaration of Sean M. McChesney, and Proposed Order Granting Motion to Dismiss Complaint and Request for Judicial Notice.

2.     The Motion hearing was erroneously noticed before District Judge Morrison C. England, Jr. and scheduled for March 19, 2015 at 2:00 p.m. The Motion hearing should have been noticed before Magistrate Judge Edmund F. Brennan. Pursuant to the Court's Minute Order issued

1  February 10, 2015, the March 19, 2015 Motion hearing has been vacated.

2         3.    **<u>The Motion hearing is hereby rescheduled for March 18, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Robert T. Matsui United States Courthouse, Courtroom 8, 13th Floor, 501 I Street, Sacramento, CA 95814, before the Honorable Edmund F. Brennan.</u>**

6         4.    The grounds for the Motion to Dismiss remain as set forth in the previously filed Notice of Motion and Motion. The Motion to Dismiss and Request for Judicial Notice are supported by the previously filed documents identified in paragraph 1, above.

DATED: February 11, 2015            Respectfully submitted,

FOCAL PLLC

By: /s/ *Venkat Balasubramani*
     Venkat Balasubramani (SBN 189192)

/s/ *Sean M. McChesney*
Sean M. McChesney (admitted *pro hac vice*)

Attorneys for Defendant
WHITEPAGES, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 11, 2015, the undersigned filed the foregoing **WHITEPAGES, INC.'S NOTICE TO RESCHEDULE MOTION HEARING** via the Court's CM/ECF system. Additionally, the foregoing has been served upon plaintiff Darrel L. Espinosa on February 11, 2015 by Priority Mail, postage prepaid, and is being hand delivered at the following address:

> Darrel L. Espinosa
> 6759 Harrington Avenue
> Arbuckle, CA 95912

DATED: February 11, 2015

/s/ *Sean M. McChesney*
Sean M. McChesney