UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. ESPINOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WHITEPAGE, INC., a Delaware corporation dba whitepages.com,<br><br>　　　　　Defendant. | No.  2:14-cv-2829-MCE-EFB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　This action, in which plaintiff is proceeding in propria persona, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On February 20, 2015, the court ordered plaintiff to file within 14 days a declaration comply with the pre-filing review order issued in *Espinosa v. Marshall*, 2:06-cv-1192-MCE-GGH PS, ECF No. 92.  Plaintiff was admonished that failure to comply with the February 20, 2015 order would result in a recommendation that this action be dismissed.

　　　　The deadline has passed and plaintiff has not filed a declaration in compliance with the pre-filing review order.

/////

/////

/////

1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the
2 Clerk be directed to close this case.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  Such a document should be captioned "Objections to Magistrate
7 Judge's Findings and Recommendations."  Failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455
9 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  March 11, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2