# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARREL L. ESPINOSA | 14:2 CV2829 MCE EFB ss |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WHITEPAGES, INC. et al. | Summons/Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CT Corporation System (Agent of Service of Process for WHITEPAGES)

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 818 WEST SEVENTH STREET, 2nd FLOOR, LOS ANGELES, CA 90017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DARREL L. ESPINOSA
6759 HARRINGTON AVENUE
ARBUCKLE, CA 95912

FILED
Jun 22, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

- Number of process to be served with this Form - 285: **6**
- Number of parties to be served in this case: **1**
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I have attempted to obtain Waiver of Summons from defendant and attorney of record. Time to serve Waiver expired 1/29/2015, with no respose. Advise you to personally serve CT Corporation System in Los Angeles. SEE WRITTEN INSTRUCTIONS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Darrel L. Espinosa
TELEPHONE NUMBER: (530) 908-7794
DATE: 2/2/2015

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | a7 | a7 12 | | 2/3/15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
KIRSTIN EDRALIN, SOP INTAKE Specialist Service of Process

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/16/15   Time: 12:32 pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

**REMARKS:** MAILED 2/5/15
ASSIGNED PERSONAL SERVICE FWD TO 6/CA 5/26/15
6/16/2015 Served CT, KIRSTIN EDRALIN SOP INTAKE Specialist Service OF Process.  6/16/15 2 DUSM, 1HR 8 miles RT

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)