1  DARREL L. ESPINOSA
   6759 Harrington Avenue
2  Arbuckle, California  95912
   (530) 908-7794
3



FILED

AUG 2 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

4

Plaintiff,
5  Appearing *Pro Se.*

6

7

8              UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
10
                        ESPINOSA
11  DARREL L. ~~ESINOSA~~,            )   CASE NO. 14:2 CV2829 MCE EFB PS
                                      )
12       Plaintiff,                   )   NOTICE OF MOTION AND *EX PARTE*
                                      )   MOTION TO SHORTEN TIME TO FILE
13       Vs.,                         )   MOTION FOR SANCTIONS PURSUANT TO
                                      )   RULE 11(c) of the FRCP AND LOCAL
14  **WHITEPAGES, INC.**, a Delaware  )   RULE 110.
    corporation,; and **PARTIES UNKNOWN**, ) DATE: September 9, 2015
15  inclusively,                      )   TIME: 10:00 A.m.
                                      )   Courtroom 8, 14th Floor
16       Defendants.                  )   Magistrate Judge Edmund F. Brennan
    _____       Case filed 12/4/2014
17

18  TO ALL PATIES AND THEIR ATTORNEYS OF RECORD.

19       **NOTICE IS HEREBY GIVEN** that the plaintiff DARREL L. ESPINOSA

20  ("Plaintiff") appearing *pro se* shall move this court located in the Robert a.

21  Matsui Federal courthouse at 501 "I" Street, Sacramento, California, *ex parte*

22  pursuant to Local Rule 144(e) of the Rules of Court for the United states

23  District Court for the Eastern District of California as the defendant

24  WHITEPAGES, INC., has filed a frivolous "request" for stay that was

25  improperly and untimely filed intended to harass Plaintiff, cause

26  unreasonable and unnecessary delays, and unnecessary costs in litigation

27

28
        *Ex Parte* Motion to Shorten Time to File and Serve Motion for Sanctions - 1

1 | scheduled for hearing on September 9, 2015, that Plaintiff did not receive
2 | until afternoon of August 18, 2015.

FOR PLAINTIFF:

DATE:   AUGUST 20, 2015.        *Darrel L. Espinosa* (signature)

DARREL L. ESPINOSA, Appearing *Pro Se*.

DECLARATION IN SUPORT OF *EX PARTE* MOTION TO SHORTEN TIME.

I, DARREL L. ESPINOSA, declare:

1. I am the plaintiff in the above-entitled action and am appearing *pro se*.

2. On the afternoon of August 18, 2015, I received the request for stay filed on behalf of defendant WHITEPAGES, INC. ("Defendant").

3. The request for stay is based on a motion to dismiss the Second Amended Complaint that was removed from calendar over five (5) months ago.

4. Defendant has refused to comply with Local Rule 230(b) for over five (5) months which requires Defendant "to file and serve a new notice of motion setting forth a proper time and date" once the court gives notice of a defect in the motion – with the defect being the court's nullification of the previous notice of motion by vacating the hearing date.

5. Plaintiff has given appropriate notice to hear a motion for leave to file and serve a Fourth Amended Complaint that makes all the arguments to dismiss – alleged technical pleadings defects and arguments of law – moot scheduled for September 9, 2015.

6. Plaintiff has given notice to Defendant through counsel of record of Plaintiff's intent to seek a judgment on the pleadings and summary adjudication of all legal issues upon the close of the time for pleadings in the above-entitled action, then move the court for a trial by jury date so that the issues of fact including but not limited to the award of damages.

7. Defendant is seeking a stay based on a moot motion to dismiss that is not calendared for hearing and Plaintiff has information and based on that information believes Defendant has no intention to calendar to evade a

*Ex Parte* Motion to Shorten Time to File and Serve Motion for Sanctions - 3

1 judgment on the pleadings and summary adjudication of the matters of law,
2 thereby harassing and vexing Plaintiff, cause unnecessary delays in the
3 proceedings and unjustly and unreasonably caused an increase in the costs of
4 litigation in the above-entitled action.  Plaintiff's information and belief
5 is based on the fact that the defense could have 'boilerplated' the original
6 notice of motion and changed the date of the hearing in much less time than
7 preparing a frivolous "request for stay" based on the motion to dismiss that
8 Defendant refuses to re-schedule.

9   8.   Defendant filed the "request for stay" without previous notice to
10 Plaintiff and has scheduled the matter to be heard on September 9, 2015,
11 therefore only providing Plaintiff with only 22 days before hearing.

12   9.   Defense counsel has ignored all attempts by Plaintiff in the past
13 to communicate with opposing counsel, either by telephone or written
14 correspondence except one, therefore Plaintiff has no reasonable expectation
15 that opposing counsel will respond to any further communications from
16 Plaintiff except in the form of a motion.

17   10.  There is insufficient time to contact defense counsel to obtain a
18 stipulation that would provide this court sufficient time to schedule such
19 dates for filing an opposition and reply if necessary.

20   11.  This motion is made in the interest of justice and not intended
21 to annoy, vex or harass any party in the above-entitled action or to cause
22 unnecessary delays or cause unreasonable litigation costs.

23   12.  This declaration is based upon my personal knowledge.

24     I declare under the penalty of perjury under the laws of the United
25 States of America that the foregoing is true and correct.
26 EXECUTED on this 20th day of August 2015 in the County of Colusa, a political
27 //
28

*Ex Parte* Motion to Shorten Time to File and Serve Motion for Sanctions - 4

and administrative subdivision of the State of California.

*Darrel L. Espinosa*

FOR COURT USE.

The matter of shortening time to file and serve Plaintiff's Motion for Sanctions was brought *ex parte* by Plaintiff on this ___ day of August 2015, and with good cause showing

**IT IS SO ORDERED**

    Plaintiff DARREL L. ESPINOSA'S *ex parte* motion for shortening time to file and serve his Motion for Sanctions Pursuant to Rule 11(b) of the FRCP and Local Rule 110 is hereby granted; and

    Any opposition to said motion must be filed with the court and served on Plaintiff no later than August ___, 2015, and a reply, if necessary, must be filed with the court and served on opposing counsel no later than September 4, 2015.

FOR THE COURT:

DATED: ..................  _____

*Ex Parte* Motion to Shorten Time to File and Serve Motion for Sanctions - 5